Reginald A. Wittey, appellant, v. Michael M. Newman et al., appellees. Gen. No. 37,130.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934. Rehearing denied March 19, 1934.

John A. Cooke, Harry A. Kerins and Paul W. Brust, for appellant; Frank F. Trunk, of counsel. Henry L. Blim, City Attorney, for appellees; Leonard A. Scholl, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.